

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Dr. Robert L. Hogue, M.D. and Brownwood Regional Medical Center, | * From the 35th District Court of Brown County, Trial Court No. CV2007303. |
| Vs. No. 11-21-00124-CV | * November 3, 2022 |
| Brandon Steward and Courtney Steward, | * Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has inspected the record in this cause and concludes that there is error in one of the orders below. Therefore, in accordance with this court's opinion, we affirm the order of the trial court denying Dr. Robert L. Hogue's motion to dismiss. We reverse the order of the trial court denying Brownwood Regional Medical Center's motion to dismiss. We remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed 50% against Dr. Robert L. Hogue and 50% against Brandon and Courtney Steward.